FILED
 2011 Sep-29 PM 03:40
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **ROUGHTRAVIOUS PAYNE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Civil Action No: CV 10-S-2788-W |
| | ) |
| **SHERIFF GEORGE COOK,** | ) |
| **GREENE COUNTY, ALABAMA** | ) |
| **JAIL, DR. SALAHUDDIN** | ) |
| **FAROOKI, and GREEN COUNTY** | ) |
| **HOSPITAL,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

This case is before the court on defendant Dr. Salahuddin Farooqui's motion for summary judgment (doc. no. 24). On August 24, 2011, the Magistrate Judge filed his Report and Recommendation (doc. no. 29), recommending that the motion be granted and all claims against Dr. Farooqui be dismissed with prejudice. No objections have been filed.

The court has considered the entire file in this action, together with the magistrate judge's Report and Recommendation, and has reached an independent conclusion that the magistrate judge's Report and Recommendation is due to be adopted and approved. Accordingly, the court hereby ADOPTS and APPROVES the findings and recommendation of the magistrate judge as the findings and conclusions

of this court. Accordingly, defendant Farooqui's motion for summary judgment is GRANTED, and all claims of plaintiff against defendant Farooqui are DISMISSED with prejudice.

DONE and ORDERED this 29th day of September, 2011.

_____
United States District Judge